**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:23-CR-619** |
| | § | |
| **ASHLEY MICHELLE QUEZADA** | § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF MOTIONS HEARING, FINAL PRETRIAL CONFERENCE, AND JURY SELECTION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ASHLEY MICHELLE QUEZADA, Defendant herein, by and through her attorney of record, Tomas F. Tijerina, and hereby notifies the Court that Defendant requests a sixty (60) day continuance and for good cause would show unto this Honorable Court as follows:

I.

The case is set for Motion Hearing on October 25, 2023, at 9:00 a.m. with Honorable Ignacio Torteya, III, Final Pre-Trial on November 14, 2023, at 2:00 p.m. and Jury Selection on November 27, 2023, at 10:30 a.m. with Honorable Rolando Olvera.

II.

Assistant United States Attorney Paul Marian has advised that he is unopposed to the granting of a continuance.

III.

The government filed its Partially Unsealed Superseding Indictment on October 3, 2023. Defendant is charged by Partially Unsealed Superseding Indictment with knowingly and willfully export, and send, and attempt to export and send, merchandise from the United States to Mexico, namely, one (1) Glock 26 Gen 4, 9 mm pistol, serial number YGE432, contrary to the laws and regulations of the United States, to wit, Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1).

In violation of Title 18, United States Code, Section 554(a) and Title 18, United States Code, Section 2.

IV.

Defense counsel requests a continuance in order to have sufficient time to review ongoing discovery and to discuss with the defendant matters regarding discovery, trial, guilty plea, and sentencing.

V.

Defendant filed a Waiver of Speedy Trial on October 23, 2023 (Doc. 40). Counsel conferred with Defendant on October 19, 2023 and she has no objection to the Motion for Continuance.

VI.

This request will not work to the detriment of the defendant and is not done solely for purposes of delay, but that defendant receives the benefit of fully prepared counsel.

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Honorable Court grant this Unopposed Motion for Continuance.

Respectfully submitted,

**MARTINEZ/TIJERINA, PLLC**
1201 East Van Buren
Brownsville, Texas 78520
Tel: 956-550-4868
Fax: 956-621-0135

By: /s/ Tomas F. Tijerina
TOMAS F. TIJERINA
State Bar No. 24070746
Federal ID No. 1062166
E-mail: ttijerina@mbmtlawfirm.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that Assistant United States Attorney Paul Marian, is unopposed to the granting of this motion for continuance.

/s/ Tomas F. Tijerina
Tomas F. Tijerina

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October 2023, a copy of the foregoing Unopposed Motion for Continuance was served by Notification of Electronic Filing to Assistant United States Attorney, Paul Marian, 600 E. Harrison Street, #201, Brownsville, Texas 78520.

/s/ Tomas F. Tijerina
Tomas F. Tijerina